# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 16-1231V
### Filed: May 9, 2017
UNPUBLISHED

* * * * * * * * * * * * * * * * * * * * * * * * * * *

KELLY WILLIAMS,

               Petitioner,

v.

SECRETARY OF HEALTH
AND HUMAN SERVICES,

               Respondent.

Ruling on Entitlement; Concession;
Influenza ("Flu") Vaccine; Shoulder
Injury Related to Vaccine Administration
("SIRVA"); Special Processing Unit
("SPU")

* * * * * * * * * * * * * * * * * * * * * * * * * * *

*Jonathan C. Pleban, Pleban & Petruska Law, LLC, St. Louis, MO, for petitioner.*
*Michael Patrick Milmoe, U.S. Department of Justice, Washington, DC, for respondent.*

## RULING ON ENTITLEMENT[1]

**Dorsey**, Chief Special Master:

On September 30, 2016, Kelly Williams ("petitioner") filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that she suffered a shoulder injury related to vaccine administration ("SIRVA") as a result of receiving a seasonal influenza ("flu") vaccine on October 8, 2014. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On May 9, 2017, respondent filed his Rule 4(c) report in which he concedes that petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, respondent states that "petitioner's injury is consistent with a shoulder injury related to vaccine administration" and petitioner's injury is not due to factors unrelated to her October 8, 2014 flu vaccination. *Id.* at 3. Respondent further agrees

---

[1] Because this unpublished ruling contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

that petitioner met the statutory requirements by suffering the condition for more than six months. *Id.*

**In view of respondent's concession and the evidence before me, the undersigned finds that petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>**s/Nora Beth Dorsey**</u>
Nora Beth Dorsey
Chief Special Master